

U. S. Department of Justice

*Thomas G. Walker*
United States Attorney
Eastern District of North Carolina

Terry Sanford Federal Building
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## RELATED CASE MEMORANDUM

DATE:     5 May 2015

TO:       Clerk's Office
          United States District Court
          Raleigh, North Carolina

FROM:     JASON KELLHOFER
          Assistant United States Attorney
          Criminal Division

SUBJECT:  United States v. JOSEPH CHARLES MOORE
          Docket No. 5:15-CR-147    - Western Division

The above-named case is being presented by means of a criminal information. The information charges the defendant with making false statements.

A previously filed indictment, United States v. Brown et al., Docket No. 5:14-cr-00058, arose out of the same conspiracy to provide material support to a terrorist group. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
                          JOHN STUART BRUCE
                          First Assistant U.S. Attorney