UNITED STATES DISTRICT
EASTERN DISTRICT OF NORTH CAROLINA

Case No. 5:15-CR-147-FL-1

FILED IN OPEN COURT
ON 7/15/2015 MC
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | **Consent to Proceed Before** |
| v. | ) | **United States Magistrate Judge** |
| | ) | |
| JOSEPH CHARLES MOORE | ) | |
| | ) | |

The United States Magistrate Judge has explained to me the nature of the offense(s) for which I am charged including the maximum penalties if found guilty. The Magistrate Judge has informed me of my right to assistance of legal counsel and my right to trial, judgment, and sentencing before a United States District Judge.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO BE ARRAIGNED BEFORE A UNITED STATES DISTRICT JUDGE AND THEREFORE CONSENT TO ARRAIGNMENT BEFORE A UNITED STATES MAGISTRATE JUDGE.

DATE: July 15, 2015

_____
Defendant

_____
Defense Attorney

_____
Asst. United States Attorney

_____
ROBERT B. JONES, JR.
U.S. Magistrate Judge

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 7/15/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>JOSEPH CHARLES MOORE )<br>*Defendant* ) | Case No. 5:15-CR-147-FL-1 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: July 15, 2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

R. Andrew McCoppin
*Printed name of defendant's attorney*

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
*Judge's printed name and title*