# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 7/15/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:15-CR-147-FL-1 |
| ) | |
| JOSEPH CHARLES MOORE ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: July 15, 2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

R. Andrew McCoppin
*Printed name of defendant's attorney*

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
*Judge's printed name and title*