UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-cr-00147-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | SCHEDULING ORDER |
| v. ) | |
| ) | |
| JOSEPH CHARLES MOORE ) | |
| a/k/a Issa Moore ) | |

This matter is before the Court by unopposed motion of the United States requesting to reschedule the sentencing hearing of defendant MOORE. Upon review of the basis for the Government's request and consideration that the defendant has no objection to the Government's request, the Government's request is granted. **IT IS THEREFORE ORDERED**, the sentencing hearing in the case of Defendant Joseph Charles Moore shall be set for 10/21/2015 at 1:30 PM in New Bern – Courtroom before District Judge Louise Wood Flanagan.

The court's calendar will be available on the court's website approximately three weeks prior to sentencing. Absent extenuating circumstance, any motion, including one for departure or variance, and/or sentencing memorandum shall be filed not later than seven days before the sentencing hearing.

So ordered, this 9th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE
LOUISE W. FLANAGAN